Jason Kosek, Esq.
jkosek@andersonkill.com
212.278.1028

May 6, 2026

Honorable Seth D. Eisenholtz, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Defalco Construction Inc. v. Acrisure, LLC*, Case No. 1:26-cv-01251-SDE

Dear Judge Eichenholtz:

Plaintiff Defalco Construction, Inc. ("Defalco") respectfully submits its Amended Complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), which permits a plaintiff to amend once as a matter of course within twenty-one days after service of a motion under Rule 12(b). Acrisure LLC's motion to dismiss was served on May 4, 2026, and Defalco's amendment falls comfortably within that twenty-one-day window. The amendment is therefore timely and as of right; no leave of Court is required.

Defalco files this Amended Complaint in good faith, and for the most ordinary reason that amendments are filed under Rule 15(a)(1)(B): facts material to the claims have come to Defalco's attention since Acrisure's motion was filed, and several of those facts directly contradict factual premises on which Acrisure's motion depends. The Amended Complaint reflects those facts and conforms the pleading to what Defalco now knows.

Because the timing of an as-of-right amendment can sometimes raise questions about gamesmanship, Defalco wishes to be transparent about how this amendment came to be filed. When the undersigned appeared at the pre-motion conference, Defalco did not possess the information on which this amendment now rests. Had Defalco possessed it then, the undersigned would have raised it at the conference and Defalco would have agreed to amend in response to the issues Acrisure identified, sparing the parties and the Court the briefing now mooted in part. Defalco came into possession of that information only after Acrisure's motion was served, and Defalco is filing this amendment promptly upon evaluating what it learned. Rule 15(a)(1)(B) contemplates precisely this circumstance: it gives a plaintiff a defined window after a Rule 12(b) motion to test the pleading against the defendant's identified objections and to amend if warranted. That is what Defalco does here.

Respectfully submitted,

/s/ Jason Kosek
Jason Kosek

cc: All counsel of record (via ECF)