SHOOK
HARDY & BACON

Daniel W. Robertson
1 Rockefeller Plaza
Suite 2801
New York, NY 10020
**t** 212-989-8844
drobertson@shb.com

August 12, 2026

Honorable Seth D. Eichenholtz, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Defalco Construction Inc, v. Acrisure, LLC d/b/a Traza Insurance Agency,*
Case No. 1:26-cv-1251

Dear Magistrate Judge Eichenholtz,

We write on behalf of Defendant Acrisure, LLC ("Acrisure"), in response to Plaintiff Defalco Construction, Inc.'s August 12, 2026 letter (ECF 27) requesting an initial conference in this matter.

Plaintiffs' request is premature. At the April 20, 2026 conference, the Court stated that, upon its review of the briefing on Acrisure's Motion to Dismiss, the Court itself would determine whether an initial conference was warranted or necessary. *See* April 20, 2026 Transcript (ECF 19 at 29:10-24, 32:2-18). Accordingly, Acrisure's position is that no initial conference is needed to discuss discovery in this matter, and that any discovery should be stayed pending the Court's resolution of Acrisure's Motion.

We stand ready to address any further issues or provide any further information the Court may deem useful.

Respectfully Submitted,

Daniel W. Robertson